# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2023

## NO. 03-23-00035-CV

**Jordan Lee, Appellant**

**v.**

**EZee Property, LLC; John Zorowski; Thomas Benson, Jr.; and Robert Jacobson, Appellees**

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION –
### OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on December 21, 2022. Having reviewed the record, the Court holds that Jordan Lee has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.